### 2257.   WARFIELD *et al.,* receivers, *v.* JONES.

POWELL, J.   Though the evidence does seem to preponderate against the verdict, yet, as the finding of the jury is supported by some evidence and as there is no reversible error of law assigned in the record, the judgment must be                              *Affirmed.*

Action for damages; from city court of Reidsville—Judge Morgan.   September 8, 1909.

Submitted December 21, 1909.—Decided January 21, 1910.

*J. B. Geiger,* for plaintiffs in error.

---

### 2265.   BRIGHAM & SON *v.* SUMMERS & CO.

POWELL, J.   The state of the evidence was such as to justify the judge of the superior court in overruling the certiorari and refusing to grant a new trial on the facts.                    *Judgment affirmed.*

Certiorari; from Richmond superior court—Judge Hammond. October 9, 1909.

Submitted December 21, 1909.—Decided January 21, 1910.

*C. H. & R. S. Cohen,* for plaintiffs in error.

*Pierce Brothers,* contra.